UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUAN PEREZ,
    PETITIONER

VS,

            CASE NO.
            3:02-CR-80 (CFD)

UNITED STATES OF AMERICA,
    RESPONDENT

FILED
2005 FEB 22 P 1:04
U.S. DISTRICT COURT
HARTFORD, CT.

MOTION NEW RULING ON THE
SUPREME COURT

NOW COMES,

    PETITIONER, **JUAN PEREZ** PRO SE PURSUANT TO THE ABOVE NUMBERED CASE AND IN ACCORDANCE WITH THE **FEDERAL RULES OF HABAES CORPUS 25.2;** THE LAWS OF **APPRENDI VS, NEW JERSEY 530 U.S. 466,490;** FORTIFIED BY **BLAKELY VS, WASHINGTON 02-1632** AND **BOOKER VS, UNITED STATES.** I AM REQUESTING TO THIS HONORABLE COURT TO DISMISS ALL MY ENHANCEMENTS TO THE PETITIONER **JUAN PEREZ** .

    PETITIONER STATES THAT BECAUSE HE WAS DENIED THE RIGHT TO HAVE HIS ENHANCEMENTS HEARD BY A JURY HE WAS DENIED THE PROTECTION AFFORDED HIM UNDER THE SIX AMENDMENT RIGHT OF THE UNITED STATES. THAT UNDER THE **BLAKELY VS, WASHINGTON** AND **BOOKER VS, UNITED STATES** DECISION, THE SUPREME COURT SUPPORTED THE RIGHT OF THE DEFENDANT TO HAVE A JURY TRIAL ON ANY FACTOR THAT INCREASE HIS BASE SENTENCE. FOR THESE REASON I **JUAN PEREZ** ASK THIS HONORABLE COURT TO MODIFY, AND CORRECT MY SENTENCE IN ACCORDANCE WITH **BLAKELY VS, WASHINGTON** AND **BOOKER VS, UNITED STATES** DECISION.

    PETITIONER NEVER WAIVER **APPRENDI VS, NEW JERSEY 530 U.S. 466, 490;** FORTIFIED BY **BLAKELY VS, WASHINGTON** AND **BOOKER VS, UNITED STATES.**

DATE: FEBRUARY 17, 2005

RESPECTFULLY SUBMITTED,
/s/ _Juan Perez_
    JUAN PEREZ

## CERTIFICATION OF SERVICE

THE UNDERSIGNED HEREBY DECLARES THAT ON THIS 17 DAYS OF FEBRUARY OF THE YEAR 2005, HE HAS SENT A TRUE AND CORRECT AND COMPLETE COPY OF THE ABOVE FOREGOING DOCUMENTS.

THESE MATERIALS WERE SENT BY UNITED STATES MAIL, FIRST CLASS, AND WERE SENT TO THE FOLLOWING:


JAMES G. GENCO
ASSISTANCE U.S. ATTORNEY
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN ST
HARTFORD, CT 06103


CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN ST
HARTFORD, CT 06103




RESPECTFULLY SUBMITTED,
/s/ Juan Perez
JUAN PEREZ