UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 3:02 CR 80 (CFD) |
| : | |
| JUAN PEREZ : | |

### ORDER AND NOTICE TO PRO SE LITIGANT

On February 17, 2005, petitioner Juan Perez filed a pro se Motion for New Ruling, in which he asks this Court to modify or correct the sentence of imprisonment it previously imposed upon him. See Doc. #49. Perez states no explicit authority for his motion. The Court notes, however, that "the proper vehicle for a federal prisoner's challenge to [the imposition of] his conviction and sentence" is a motion filed under 28 U.S.C. § 2255. Jiminian v. Nash, 245 F.3d 144, 146-47 (2d Cir. 2001).

Therefore, the Court hereby notifies Perez of its intention to recharacterize his motion as one brought under 28 U.S.C. § 2255. Before it does so, however, Perez must be allowed the opportunity to withdraw or amend the motion. See Castro v. United States, 540 U.S. 375, 383 (2003).

Perez is **ORDERED** to inform the Court by **July 7, 2006** whether he: (1) agrees with the Court's decision to recharacterize his motion; (2) wishes instead to withdraw the motion entirely; or (3) wishes to amend his motion so that it contains all the § 2255 claims he believes he has. Perez is also placed on notice that if the Motion for New Ruling is recharacterized as a § 2255

1

motion, he may be precluded from seeking additional § 2255 relief later due to the restrictions placed on "second or successive" motions under that statute.

So ordered this _8th_ day of June 2006 at Hartford, Connecticut.

    /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**